

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CECILIA LEGARRETA, | § | No. 08-11-00272-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| FIA CARD SERVICES, N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC#2011-472) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF SEPTEMBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.